# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NOELIA I. COLON | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, | : | NO. 09-2996 |
| v. | : | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

The Court has carefully and independently considered Plaintiff's Motion for Summary Judgment and Request for Review (Doc. No. 9) and Defendant's Response in opposition thereto (Doc. No. 12), and the Court has reviewed the Report and Recommendation of U.S. Magistrate Judge Timothy R. Rice (Docket No. 14).[1]

AND NOW, this 17th day of May, 2010, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. This matter is REMANDED to the Commissioner for review consistent with the Report and Recommendation.

3. The Clerk shall close this case for all purposes, including statistics.

BY THE COURT:

/s/ C. Darnell Jones II

_____
C. DARNELL JONES II    J.

---

[1] No objections to the Report and Recommendation have been filed.